# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Novack, Charles D. | 2. Court or Organization<br><br>Bankruptcy Court, Northern District of California | 3. Date of Report<br><br>11/02/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>1300 Clay Street, Courtroom 215<br>Oakland, CA 94612 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Thomson Reuters - teaching | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The State Bar of California | 10/09/15 - 10/10/15 | Anaheim, California | Presentation at State Bar Annual Meeting | Meal, Transportation, and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▆▆▆▆▆▆ | tuition | K |
| 2. | Nordstrom Bank | credit card | K |
| 3. | ▆▆▆▆ | tuition | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 2. - Schwab Cash and Money Mkt | | | | | Buy (add'l) | 01/02/15 | J | | |
| 3. | | | | | Sold (part) | 01/07/15 | J | | |
| 4. | | | | | Sold (part) | 01/15/15 | J | | |
| 5. | | | | | Sold (part) | 04/06/15 | J | | |
| 6. | | | | | Buy (add'l) | 04/21/15 | K | | |
| 7. | | | | | Sold (part) | 04/27/15 | K | | |
| 8. | | | | | Sold (part) | 06/03/15 | J | | |
| 9. | | | | | Buy (add'l) | 06/15/15 | L | | |
| 10. | | | | | Sold (part) | 06/16/15 | J | | |
| 11. | | | J | | Sold (part) | 06/17/15 | J | | |
| 12. | | | | | Sold (part) | 06/18/15 | K | | |
| 13. | | | | | Sold (part) | 07/06/15 | J | | |
| 14. | | | | | Sold (part) | 10/05/15 | J | | |
| 15. | | | | | Sold (part) | 12/21/15 | J | | |
| 16. -Accenture PLC Class A | | | | | | | | | |
| 17. -Donaldson Company, Inc. (common) | | | | | Sold (part) | 06/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/10/15 | J | | |
| 19. | | | | | Sold | 06/11/15 | J | | |
| 20. -Colgate Palmolive Co. (common) | | | | | Sold | 03/12/15 | K | | |
| 21. -Canadian National Railways Co. (common) | | | | | | | | | |
| 22. -Cummins, Inc. (common) | | | | | Buy | 03/12/15 | K | | |
| 23. -Estee Lauder Co, Inc., Classs A | | | | | Buy | 08/11/15 | K | | |
| 24. -Factset Research System, Inc. (common) | | | | | | | | | |
| 25. -Grainger WW, Inc. (common) | | | | | Buy (add'l) | 06/12/15 | J | | |
| 26. -Hormel (common) | | | | | | | | | |
| 27. - Metronic, Inc. (common) | | | | | | | | | |
| 28. -Nike, Inc. (common) | | | | | | | | | |
| 29. -Novo - Nordisk as ADR | | | | | | | | | |
| 30. -Polaris Industries (common) | | | | | Buy (add'l) | 06/12/15 | J | | |
| 31. -Praxair, Inc. (common) | | | | | | | | | |
| 32. -Scripps Ntwk Interactive (common) | | | | | Buy (add'l) | 06/12/15 | J | | |
| 33. -TJX Companies (common) | | | | | | | | | |
| 34. -T. Rowe Price Group (common) | | | | | Buy (add'l) | 06/12/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Toronto Dominion Bank | | | | | | | | | |
| 36. -United Health Group, Inc (common) | | | | | | | | | |
| 37. - Walgreens Boots Alliance (common; formerly "Walgreens") | | | | | | | | | |
| 38. - Xilinx, Inc. (common) | | | | | Sold | 08/11/15 | K | | |
| 39. - 361 Managed Futures Strat. Fund Cl 1 | | | | | Buy (add'l) | 12/18/15 | J | | |
| 40. - Doubleline Total Return Bond Fund Cl 1 | | | | | Buy (add'l) | 06/15/15 | J | | |
| 41. - Guggenheim Exch TRD FD Bullet Shares 2015 Corp Bond ETF | | | | | Sold (part) | 01/12/15 | J | | |
| 42. | | | | | Sold | 10/28/15 | K | | |
| 43. - Guggenheim Ech TRD FD Bullet Shares 2016 Corp Bond ETF | | | | | Sold (part) | 01/12/15 | J | | |
| 44. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 45. | | | | | Sold | 10/28/15 | K | | |
| 46. - Guggenheim Exch. TRD FD Bullet Shares 2017 Corp Bond ETF | | | | | Sold (part) | 01/12/15 | J | | |
| 47. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 48. - Guggenheim ETF Bullet Shares 2018 Corp Bond | | | | | Sold (part) | 01/12/15 | J | | |
| 49. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 50. - Guggenheim ETF Bullet Shares 2019 Corp Bond | | | | | Buy | 04/22/15 | K | | |
| 51. | | | | | Buy (add'l) | 06/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Guggenheim ETF Bullet Shares 2020 Corp Bond | | | | | Sold (part) | 01/12/15 | J | | |
| 53. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 54. -Guggenheim ETF Bullet Shares 2021 Corp Bond | | | | | Buy (add'l) | 06/15/15 | J | | |
| 55. - Guggenehim ETF Bullet Shares 2022 Corp Bond | | | | | Buy | 01/12/15 | K | | |
| 56. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 57. - IShares 2020 ETF New Corporate Ex-Financials Term | | | | | Sold (part) | 01/12/15 | J | | |
| 58. | | | | | Sold | 04/15/15 | K | | |
| 59. - IShares 3-7 Year Treasury Bond ETF | | | | | Buy | 10/28/15 | K | | |
| 60. - IShares Core S&P ETF Midcap | | | | | Buy | 04/09/15 | K | | |
| 61. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 62. - PIMCO All Asset All Authority CL Inst. | | | | | Sold | 04/09/15 | K | | |
| 63. -PIMCO Income Fund Institutional Class | | | | | Buy (add'l) | 06/02/15 | J | | |
| 64. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 65. - Templeton Global Bond Fund A | | | | | Sold | 06/15/15 | K | | |
| 66. - Templeton Global Bond Fund ADV Cl | | | | | Buy | 06/15/15 | K | | |
| 67. -Vanguard International Equity Index All World | | | | | Buy (add'l) | 06/15/15 | J | | |
| 68. - Vanguard Total Bond Fund Market ETF | | | | | Buy (add'l) | 06/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 70.  - T. Rowe Price Emerging Markets Fund | | | | | Buy (add'l) | 06/15/15 | J | | |
| 71.  IRA #2 | D | Int./Div. | N | T | | | | | |
| 72.  -Schwab Adv. Cash Reserve | | | | | Buy (add'l) | 01/02/15 | J | | |
| 73. | | | | | Sold (part) | 01/07/15 | J | | |
| 74. | | | | | Sold (part) | 01/15/15 | J | | |
| 75. | | | | | Sold (part) | 04/06/15 | J | | |
| 76. | | | | | Buy (add'l) | 04/21/15 | J | | |
| 77. | | | | | Sold (part) | 04/27/15 | J | | |
| 78. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 79. | | | | | Sold (part) | 06/17/15 | J | | |
| 80. | | | | | Sold (part) | 07/06/15 | J | | |
| 81. | | | | | Sold (part) | 10/05/15 | J | | |
| 82. | | | | | Sold (part) | 11/02/15 | J | | |
| 83.  - Accenture PLC Class A | | | | | | | | | |
| 84.  - Canadian National Railways Co. (common) | | | | | | | | | |
| 85.  - Colgate Palmolive Co. (common) | | | | | Sold | 03/12/15 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Cummins Inc. | | | | | Buy | 03/12/15 | J | | |
| 87. - Donaldson Company (common) | | | | | Sold (part) | 06/09/15 | J | | |
| 88. | | | | | Sold (part) | 06/10/15 | J | | |
| 89. | | | | | Sold | 06/11/15 | J | | |
| 90. - Estee Lauder Co. Inc. (Class A) | | | | | Buy | 08/11/15 | J | | |
| 91. - Factset Research, Inc. (common) | | | | | | | | | |
| 92. - Grainger WW, Inc. (common) | | | | | Buy (add'l) | 06/12/15 | J | | |
| 93. - Hormel (common) | | | | | | | | | |
| 94. - Medtronic, Inc. (common) | | | | | | | | | |
| 95. - Nike, Inc. (common) | | | | | | | | | |
| 96. - Novo Nordisk as ADR | | | | | | | | | |
| 97. - Toronto Dominion Bank | | | | | Buy (add'l) | 06/12/15 | J | | |
| 98. - Polaris Industries (common) | | | | | Buy (add'l) | 06/12/15 | J | | |
| 99. - Praxair, Inc. (common) | | | | | | | | | |
| 100. -Scripps Ntwk Interactive (common) | | | | | Buy (add'l) | 06/12/15 | J | | |
| 101. - Xilinx Inc. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 102. | | | | | Sold | 08/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - T. Rowe Price Group (common) | | | | | | | | | |
| 104. - TJX Companies (common) | | | | | | | | | |
| 105. - United Health Group (common) | | | | | | | | | |
| 106. - 361 Managed Futures Strat Fund Cl 1 | | | | | | | | | |
| 107. - Doubleline Total Return Bond Fund Cl 1 | | | | | | | | | |
| 108. - Guggenheim ETF Bullet Shares 2015 Corp Bond Fund ETF | | | | | Sold | 10/28/15 | J | | |
| 109. - Guggenheim ETF Bullet Shares 2016 Corp Bond Fund ETF | | | | | Sold | 10/28/15 | J | | |
| 110. - Guggenheim ETF Bullet Shares 2017 Corp Bond Fund ETF | | | | | | | | | |
| 111. - Guggenheim ETF Bullet Shares 2018 Corp Bond ETF | | | | | | | | | |
| 112. -Guggenheim ETF Bullet Shares 2019 Corp Bond | | | | | Buy | 04/22/15 | J | | |
| 113. - Guggenheim ETF Bullet Shares 2020 Corp Bond | | | | | | | | | |
| 114. -Guggenheim ETF Bullet Shares 2021 Corp Bond | | | | | | | | | |
| 115. -Guggenheim ETF Bullet Shares 2022 Corp Bond | | | | | Buy | 01/12/15 | J | | |
| 116. - IShares 2020 ETF Corp Ex-Financials Term | | | | | Sold | 04/15/15 | J | | |
| 117. -IShares Core S&P ETF Midcap | | | | | Buy | 04/09/15 | K | | |
| 118. -IShares 3-7 Year Treasury Bond ETF | | | | | Buy | 10/28/15 | K | | |
| 119. - PIMCO All Asset All Authority Cl Inst. | | | | | Sold | 04/09/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - PIMCO Income Fund Institutional Class | | | | | | | | | |
| 121. - Vanguard Total Bond Fund Market ETF | | | | | Buy | 10/28/15 | J | | |
| 122. - Vanguard Intl Eqty Index ETF | B | | | | | | | | |
| 123. -Vanguard FTSE All World EX US ETF | | | | | Buy | 04/22/15 | J | | |
| 124. - T. Rowe Price - Emerging Markets Fund | | | | | | | | | |
| 125. - Templeton Global Bond Fund | | | | | | | | | |
| 126. - Walgreens Boots Alliance (common; formerly "Walgreens") | | | | | | | | | |
| 127. U.S Savings Bonds Type E | A | Int./Div. | J | T | | | | | |
| 128. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 129. Fidelity Value Fund | A | Dividend | J | T | | | | | |
| 130. Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 131. RBC Wealth Management U.S. Govt Money Market Account | A | Int./Div. | J | T | | | | | |
| 132. Vanguard 500 Index IRA # 3 | C | Int./Div. | M | T | | | | | |
| 133. Fidelity Cal. Muni Market | A | Int./Div. | M | T | | | | | |
| 134. Fidelity Puritan Mutual Fund | E | Dividend | N | T | Buy | 03/06/15 | N | | |
| 135. | | | | | Buy (add'l) | 04/15/15 | M | | |
| 136. Fidelity Insured Deposit | A | Interest | M | T | Open | 03/06/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Schwab Adv. Cash Reserve | A | Interest | J | T | | | | | |
| 138. Vanguard FTSE All World ex-US Index Fund ETF Shares | A | Dividend | J | T | | | | | |
| 139. Brown Cap. Mgmt. Small Company Inv. Shares | A | Distribution | | | Sold | 08/05/15 | K | C | |
| 140. UBS Cash Fund | A | Interest | | | Closed | 04/17/15 | J | A | |
| 141. Fidelity Blue Chip Growth | A | Dividend | | | Distributed | 01/05/15 | J | | |
| 142. Fidelity Growth Strategies Fund | A | Dividend | | | Distributed | 01/05/15 | J | | |
| 143. ▓▓▓ Family LLC | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 11/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments and Trusts: The fund listed on line 138 was formally referred to as "Vanguard Intl Equity Index Fund." The fund name on line 138 more accurately reflects its name.

Investments and Trusts: IRAs #1 and 2 previously have included a Vanguard "Bond Fund Index." The name of this fund is "Vanguard Total Bond Fund Market ETF." This financial disclosure report has changed the name of this fund.

Investments and Trusts: IRA #2 stated that it partially sold its holding in Magellan Midstream Partners on 03/10/2014. This was incorrect, as IRA #2 fully liquidated its position on that date. As a result, this financial disclosure report does not list any holding in Magellan Midstream Partners.

Investments and Trusts: IRA #2 stated that it fully liquidated its holding in Walgreens on 03/10/2014. This was incorrect, as IRA #2 only partially liquidated its position on that date. As a result, this financial disclosure report continues to state that IRA #2 has a position in that stock (but see below).

Investments and Trusts: On December 31, 2014, IRAs #1 and 2's holdings in Walgreens Company, through a merger, became holdings in Walgreens Boots Alliance. This merger is reflected on lines 37 and 126.

Investments and Trusts: The holdings in Fidelity Value and Fidelity Growth Strategies Fund were held in trust for a child and were transferred to her on 01/05/15.

Investment and Trusts: The 2014 financial disclosure report indicated that IRA #2 still held an interest in Petsmart. It should have stated that IRA #2 full liquidated its position in Petsmart on November 5, 2014 at a value code of "J."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Charles D. Novack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544